**United States District Court**
**Eastern District of New York**
**Judge DONNELLY , ANN M.**
Friday, October 11, 2024
**Courtroom 4G N**

**NO COURT CALENDAR**
*