UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
           :
**ESTHER CONTRERAS**,           :
          :
                      Plaintiff,           :    **ORDER ADOPTING REPORT AND RECOMMENDATION**
             – against –           :
          :    23-CV-9083 (AMD) (LB)
          :
**JUAN CARLOS CASTRO** and **MATECAÑA BAKERY INC.**,           :
          :
                      Defendants.           :
------------------------------------------------------------ X

**ANN M. DONNELLY**, United States District Judge:

       On December 11, 2023, the plaintiff brought this action against the defendants, her former employers, alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et. seq.*; the New York Labor Law ("NYLL"), Art. 6 §§ 190-99 and Art. 19 §§ 650-65 *et. seq.*; the New York State Human Rights Law ("NYSHRL"), N.Y. Exec. Law §§ 296 *et. seq.*; the New York City Human Rights Law ("NYCHRL"), N.Y.C. Admin. Code §§ 8-107 *et. seq.*; the Trafficking Victims Protection Act ("TVPA"), 22 U.S.C. §§ 7101 *et. seq.*; and New York Social Services Law ("NYSSL"), N.Y. Soc. Serv. Law § 483-bb(c).

       On October 10, 2024, the Court adopted Magistrate Judge Lois Bloom's recommendation that the Court grant in part and deny in part the plaintiff's motion for default judgment. (ECF No. 16.) The Court referred the case to Judge Bloom to conduct an inquest and prepare a Report and Recommendation on the amount of damages to award the plaintiff. (*Id.*) On March 7, 2025, Judge Bloom issued a comprehensive Report and Recommendation, recommending that the Court award the plaintiff $214,008.61 in damages, plus pre- and post-judgment interest. (ECF

No. 26 at 22.) No objections have been filed to the Report and Recommendation, and the time for doing so has passed.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *Jarvis v. N. Am. Globex Fund L.P.*, 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (quotation marks omitted).

I have carefully reviewed Judge Bloom's well-reasoned and thoughtful Report and Recommendation and find no error. Accordingly, I adopt the Report and Recommendation in its entirety and order that the plaintiff is awarded $214,008.61 in damages, plus pre- and post-judgment interest.

**SO ORDERED.**

s/Ann M. Donnelly

ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
      April 2, 2025